```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Timothy Beers

    v.                                                 Case No. 15-cv-517-PB

State of New Hampshire

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 19, 2018 . Petitioner's motion to drop Claims 1 and 3 (Doc. No. 27) is GRANTED. The clerk's office shall serve upon the New Hampshire Office of the Attorney General, as provided in the Agreement on Acceptance of Service, electronic copies of: The Amended Petition (Doc. No. 20); the Dec. 14, 2018 Report and Recommendation ("R&R"); the Order approving the Dec. 14, 2018 R&R; and AO 18-1. Respondent shall file an answer, motion to dismiss, or other response to the Amended Petition and Claims 2, 4, 5, and 6 as identified in the Dec. 14, 2018 R&R within ninety days of service. The answer shall comply with AO 18-1 and Rule 5 of the Rules Governing § 2254 Cases. This matter will thereafter proceed in accordance with L.R.7.4.

                                                        /s/ Paul Barbadoro
                                                       Paul J. Barbadoro
                                                       United States District Judge

Date: January 17, 2019

cc: Timothy Beers, pro se