UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

    v.                                                   Case No. 15-cv-517-PB

State of New Hampshire

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 5, 2019, grant the respondent's motion for summary judgment (document no. 32), and deny the petitioner's motions for summary judgment (document nos. 40 & 41). Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                    /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

Date: February 27, 2020

cc: Timothy Beers, pro se
    Elizabeth Woodcock, Esq.